Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Veronica McKnight, Esq. (SBN: 306562)
bonnie@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiff,*
Erik Knutson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK KNUTSON, individually and on behalf of all others similarly situated,**<br><br>PLAINTIFF,<br><br>V.<br><br>**PROTECT MY CAR II, LLC,**<br><br>DEFENDANT. | Case No: 3:16-cv-01898-BTM-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**HON. BARRY TED MOSKOWITZ** |

1 | Plaintiff ERIK KNUTSON hereby moves this Court to dismiss the above entitled action without prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice.

Dated: September 26, 2016

**HYDE & SWIGART**

By: s/Joshua B. Swigart
Joshua B. Swigart
Attorney for Plaintiff